■ THE PEOPLE OF THE STATE OF NEW YORK v. GARY KELLY.—Motion for leave to appeal as a poor person denied on the ground that under section 517 of the Code of Criminal Procedure no appeal lies to this court from an order denying a motion for resentence or from an order denying a motion for reargument. Concur—Botein, P. J., Breitel, Stevens, Eager and Staley, JJ.